UNITED STATES of America, Plaintiff—Appellee,

v.

Hector REINAT, a/k/a Chico, Defendant—Appellant.

No. 09–7354.

United States Court of Appeals, Fourth Circuit.

Submitted: March 5, 2010.

Decided: March 24, 2010.

Hector Reinat, Appellant Pro Se. Miller A. Bushong, III, Office of the United States Attorney, Beckley, West Virginia, for Appellee.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hector Reinat appeals the district court's order granting his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. *See United States v. Reinat,* No. 1:05–cr–00126–2 (S.D.W.Va. July 8, 2009). We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*